IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00193 |
| v. | : | Judge Graham |
| Temesgen K. Zerihun, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

This matter is before the Court on plaintiff United States of America's July 8, 2009 motion for default judgment. On May 14, 2009, defendant Temesgen K. Zerihun was served with summons and the complaint. *See* doc. 4. Defendant has not appeared in this action to plead or otherwise defend himself, and he is not a minor, an incompetent person, or serving in the military. On July 29, 2009, the Clerk of Court issued an entry of default as to defendant. Plaintiff has now moved for a default judgment in this action, and has attached an affidavit attesting that the judgment sought is for a sum certain in the amount of $5,577.03.

For good cause shown, plaintiff United States of America's July 8, 2009 motion for default judgment (doc. 6) is GRANTED. The Clerk of Court is hereby DIRECTED to enter judgment for the amount of $5,577.03 against defendant Temesgen K. Zerihun.

It is so ORDERED.

s/James L. Graham
                                            JAMES L. GRAHAM
                                            United States District Judge


DATE: July 30, 2009